**Electronically Filed
Supreme Court
SCWC-14-0001066
30-JUN-2017
08:01 AM**

SCWC-14-0001066

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

NATIONAL INTERSTATE INSURANCE COMPANY, INC.,
Respondent/Plaintiff-Appellee,

vs.

SAVIO REINHARDT, WILLIAM CORNELIO, JR.,
Respondents/Defendants-Appellees,

and

KAWIKA FRANCO, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE FOR
THE ESTATE OF TIARE FRANCO; PEACHES KONG AND APPLES ELABAN, AS
NEXT FRIENDS OF LOVELY FRANCO (MINOR); TAUA GLEASON, AS NEXT
FRIEND OF KOLOMANA KONG KANIAUPIO GLEASON AND KAULANA KONG
KANIAUPIO GLEASON (MINORS); AND CHERYL RUSSELL, AS NEXT FRIEND
OF JEANNE RUSSELL (MINOR),
Petitioners/Defendants-Intervenors-Appellants.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0001066; CIVIL NO. 13-1-0387(1))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for writ of certiorari filed on May
18, 2017 by Petitioners/Defendants-Intervenors-Appellants,
Kawika Franco, individually and as personal representative for
the Estate of Tiare Franco; Peaches Kong and Apples Elaban, as
next friends of Lovely Franco (minor); Taua Gleason, as next
friend of Kolomana Kong Kaniaupio Gleason and Kaulana Kong

Kaniaupio Gleason (minors); and Cheryl Russell, as next friend of Jeanne Russell (minor), is hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 30, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson